**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-01316-RM-NYW

MARSHALL ANDERSON,

    Plaintiff,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

This matter comes before the Court on Plaintiff Marshall Anderson ("Anderson" or "Plaintiff") and Defendant Mountain States Mutual Casualty Company's ("Mountain States" or "Defendant") stipulated motion to amend the case's caption. (ECF No. 18.)  During a scheduling conference before Magistrate Judge Nina Y. Wang, the parties discussed amending the caption to remove Mountain States Insurance Group, Inc. as a party defendant. (ECF No. 16 at 1.)

2

In light of the parties' stipulated motion (ECF No. 18), the Court GRANTS the stipulated motion (ECF No. 18); and ORDERS that (i) all future filings with the Court shall be captioned as set forth above; and (ii) Mountain States Insurance Group, Inc. shall be removed from the case's caption.

DATED this 2nd day of September, 2015.

                                         BY THE COURT:

                                         _____
                                         RAYMOND P. MOORE
                                         United States District Judge